UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY ADAM JULIAN,<br><br>                Petitioner,<br><br>    v.<br><br>EDWARD J. BORLA,<br><br>                Respondent. | Case No. 24-cv-00868-WHO (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner Cody Adam Julian challenges California state convictions he received in San Luis Obispo County, which lies in the Central District of California. Accordingly, this action is TRANSFERRED to the Central District of California, as that is the district of conviction. 28 U.S.C. §§ 84(c), 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** February 20, 2024



WILLIAM H. ORRICK
United States District Judge